*E-FILED - 4/28/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALVIN HARRIS, ) | No. C 05-3393 RMW (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL WITHOUT |
| ) | PREJUDICE |
| v. ) | |
| ) | |
| J. SMITH, et. al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983, purportedly on behalf of himself and "at least" 160 other inmates at the Correctional Training Facility ("CTF") in Soledad, California. (Complaint at 10.) He seeks to proceed as a class action pursuant to Federal Rule of Civil Procedure 23(b) on behalf of all Shi'a Muslim inmates at CTF, claiming their constitutional rights have been violated because there is no Shi'a Imam at the prison. (Id. at 10-11.) According to plaintiff, there is a Muslim Chaplain at the prison, but he is not Shi'a.

Pro se prisoner plaintiffs may not bring class actions. They are not qualified to act as class representatives as they are unable to fairly represent and adequately protect the interests of the class. See Fed. R. Civ. P. 23(a); Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975); see also Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962) (holding that "a litigant

1  appearing in propria persona has no authority to represent anyone other than himself").

2  Accordingly, this action is hereby DISMISSED, without prejudice to plaintiff's filing a
3  new action solely on his own behalf.

4  IT IS SO ORDERED.

5  DATED:   4/21/08

*Ronald M. Whyte*
RONALD M. WHYTE
6  United States District Judge

Order of Dismissal Without Prejudice
P:\pro-se\sj.rmw\cr.05\Harris393dis.wpd            2